Opinion issued January 10, 2008









 

Opinion issued January
10, 2008

 

 

 

 

 








 

     

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 

 

No.    01-06-00626-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NATIONAL CONVENIENCE STORES, INC.; 

STOP ’N GO MARKETS OF TEXAS, INC.; NATIONAL 

CONVENIENCE STORES, INC., LESSEE; SIGMORE CORP.; 

SIGMORE NUMBER 196 INC.; BIG DIAMOND, INC.; SIGMORE
NUMBER 79, INC; DIAMOND SHAMROCK REFINING AND MARKETING COMPANY; DIAMOND SHAMROCK
REFINING 

AND MARKETING COMPANY, LESSEE; DIAMOND SHAMROCK
STATIONS, INC.; BIG DIAMOND, INC.; TEXAS SUPER DUPER MARKETS, INC.; TOC-DS
COMPANY; SHEPPS FOOD STORES, INC.; AND BIG DIAMOND NUMBER 1, INC., Appellants

 

V.

 

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

 

 

 



On
Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2002-50319

 

 

 



MEMORANDUM OPINION

 

           Appellants have moved to
dismiss, declaring that they no longer desire to prosecute this appeal. 
Accordingly, we grant the motion and dismiss the appeal.  Tex. R. App. P. 42.1(a)(1).  All other pending motions in this
appeal are overruled as moot.  The Clerk is directed to issue
mandate within 10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

 

Panel consists of Chief Justice Radack and Justices
Alcala and Bland.